```
1  DONALD H. GLASRUD - 042491
   PETER G. FASHING - 195756
2  DIETRICH, GLASRUD, MALLEK & AUNE
   An Association Including Law Corporations
3  5250 North Palm Avenue, Suite 402
   Fresno, California  93704
4  (559) 435-5250
   (559) 435-8776 [fax]
5  E-mail: dhg@dgmalaw.com
   E-mail: pgf@dgmalaw.com
6
7  Attorneys for Specially Appearing Defendant Total Benefit Services, Inc.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| THOMAS L. ANDERSON, | CASE NO. 1:09-CV-01446-OWW-DLB |
| Plaintiff, | |
| -vs- | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER** |
| STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an individual and as a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION, a fiduciary/plan sponsor of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation, a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; | |
| Defendants. | Case Filed: August 17, 2009 |

Specially appearing defendant Total Benefit Services, Inc., by and through its attorneys, has represented to plaintiff Thomas L. Anderson, by and through his attorneys of record, that Total Benefit Services, Inc. has tendered the defense of this matter to its insurance carrier(s). In order to give Total Benefit Services, Inc. sufficient time to receive a determination on its tender, Total Benefit Services, Inc. and Thomas L. Anderson, through their respective attorneys, STIPULATE as follows:

///

1  That specially appearing defendant Total Benefit Services, Inc. shall have until October 9, 2009, to answer or otherwise respond to the Complaint filed by plaintiff Thomas L. Anderson.

DATED: September  9 , 2009.

          GREEN & HUMBERT


          BY: /s/ C. Mark Humbert (as authorized 9/9/09)
            C. MARK HUMBERT
            HORACE W. GREEN
            Attorneys for Plaintiff Thomas L. Anderson

DATED: September  9 , 2009.

          DIETRICH, GLASRUD, MALLEK & AUNE


          BY: /s/ Peter G. Fashing
            DONALD H. GLASRUD
            PETER G. FASHING
            Attorneys for Specially Appearing Defendant
            Total Benefit Services, Inc.


K:\OWW\Stipulations\09cv1446.stipo.ext.wpd IT IS SO ORDERED.

**Dated:   September 13, 2009**      **/s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE

STIP. TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT