DONALD H. GLASRUD - 042491
PETER G. FASHING - 195756
DIETRICH, GLASRUD, MALLEK & AUNE
An Association Including Law Corporations
5250 North Palm Avenue, Suite 402
Fresno, California 93704
Telephone: (559) 435-5250
Facsimile: (559) 435-8776
Email: dhg@dgmalaw.com
Email: pgf@dgmalaw.com

Attorneys for Defendant Total Benefit Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| THOMAS L. ANDERSON, | CASE NO. 1:09-CV-01446-OWW-DLB |
| Plaintiff, | |
| -vs- | **STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER** |
| STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an individual and as a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION, a fiduciary/plan sponsor of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation, a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; | |
| | Case Filed: August 17, 2009 |
| Defendants. | Trial Date: January 11, 2011 |

Plaintiff Thomas L. Anderson and defendants Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan, Douglas L. Neibauer, Strauss Neibauer and Total Benefit Services, Inc., through their respective attorneys of record, hereby STIPULATE as follows:

That paragraph V.A.5. of the Scheduling Conference Order, filed January 12, 2010, which reads:

> Total Benefit Services, Inc. acceded to the role of plan administrator
> for Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan
> sometime in 2008, having acquired the business of the former plan

1

STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER

administrator, Mark R. Sconyers & Associates, a form of entity unknown.

be amended to read, as follows:

In 2008, Total Benefit Services, Inc. acquired the business of Mark R. Sconyers & Associates, a form of entity unknown. Mark R. Sconyers & Associates performed services on behalf of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan to which Total Benefit Services, Inc. acceded upon its purchase of the business.

DATED: March __9__, 2010.   GREEN & HUMBERT

BY: /s/ C. Mark Humbert
    C. MARK HUMBERT
    HORACE W. GREEN
    Attorneys for Plaintiff
    Thomas L. Anderson

DATED: March __8__, 2010.   STRAUSS NEIBAUER

BY: /s/ Douglas L. Neibauer
    DOUGLAS L. NEIBAUER
    Attorney in Propria Persona and for
    Defendants Strauss Neibauer &
    Anderson APC Profit Sharing 401(k)
    Plan and Strauss Neibauer

DATED: March __9__, 2010.   DIETRICH, GLASRUD, MALLEK
    & AUNE

BY: /s/ Peter G. Fashing
    DONALD H. GLASRUD
    PETER G. FASHING
    Attorneys for Defendant
    Total Benefit Services, Inc.

**O R D E R**

IT IS SO ORDERED.

DATED: March 9, 2010.

/s/ OLIVER W. WANGER
OLIVER W. WANGER, JUDGE OF THE
UNITED STATES DISTRICT COURT

C:\WINDOWS\Temp\notes101AA1\stip.amend.schedconforder.signed.wpd