1  DONALD H. GLASRUD - 042491
   PETER G. FASHING - 195756
2  DIETRICH, GLASRUD, MALLEK & AUNE
   An Association Including Law Corporations
3  5250 North Palm Avenue, Suite 402
   Fresno, California 93704
4  Telephone: (559) 435-5250
   Facsimile: (559) 435-8776
5  Email: dhg@dgmalaw.com
   Email: pgf@dgmalaw.com

Attorneys for Defendant Total Benefit Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| THOMAS L. ANDERSON, | CASE NO. 1:09-CV-01446-OWW-DLB |
| Plaintiff, | |
| -vs- | **STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER** |
| STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an individual and as a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION, a fiduciary/plan sponsor of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation, a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; | |
| | Case Filed: August 17, 2009 |
| Defendants. | Trial Date: January 11, 2011 |

      Plaintiff Thomas L. Anderson and defendants Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan, Douglas L. Neibauer, Strauss Neibauer and Total Benefit Services, Inc., through their respective attorneys of record, hereby STIPULATE as follows:

      That paragraph V.A.5. of the Scheduling Conference Order, filed January 12, 2010, which reads:

      Total Benefit Services, Inc. acceded to the role of plan administrator for Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan sometime in 2008, having acquired the business of the former plan

1
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER; ORDER

administrator, Mark R. Sconyers & Associates, a form of entity unknown.

be amended to read, as follows:

In 2008, Total Benefit Services, Inc. acquired the business of Mark R. Sconyers & Associates, a form of entity unknown. Mark R. Sconyers & Associates performed services on behalf of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan to which Total Benefit Services, Inc. acceded upon its purchase of the business.

DATED: March  9 , 2010.          GREEN & HUMBERT

                                 BY: /s/ C. Mark Humbert
                                     C. MARK HUMBERT
                                     HORACE W. GREEN
                                     Attorneys for Plaintiff
                                     Thomas L. Anderson

DATED: March  8 , 2010.          STRAUSS NEIBAUER

                                 BY: /s/ Douglas L. Neibauer
                                     DOUGLAS L. NEIBAUER
                                     Attorney in Propria Persona and for
                                     Defendants Strauss Neibauer &
                                     Anderson APC Profit Sharing 401(k)
                                     Plan and Strauss Neibauer

DATED: March  9 , 2010.          DIETRICH, GLASRUD, MALLEK
                                     & AUNE

                                 BY: /s/ Peter G. Fashing
                                     DONALD H. GLASRUD
                                     PETER G. FASHING
                                     Attorneys for Defendant
                                     Total Benefit Services, Inc.

**O R D E R**

IT IS SO ORDERED.

DATED: March 9, 2010.

                                     /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER, JUDGE OF THE
                                     UNITED STATES DISTRICT COURT

C:\WINDOWS\Temp\notes101AA1\stip.amend.schedconforder.signed.wpd