C. Mark Humbert (SBN 111093)
Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Plaintiff
Thomas L. Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO DIVISION)

|  |  |
|---|---|
| THOMAS L. ANDERSON, | Case No. 09-cv-01446-OWW-DLB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. |  |
| STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an individual and as a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION, a fiduciary/plan sponsor of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation, a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; |  |
| Defendants. |  |

Plaintiff THOMAS L. ANDERSON and Defendant TOTAL BENEFIT SERVICES, INC., by and through their respective counsel of record, hereby stipulate that Defendant TOTAL BENEFIT SERVICES, INC. be dismissed without prejudice, each party to bear

1 | its own costs of suit and attorney's fees.

|     |                        |                                              |
|-----|------------------------|----------------------------------------------|
|     |                        | GREEN & HUMBERT                              |
|     | DATED: June 8, 2010    |                                              |
|     |                        | By: /s/ C. Mark Humbert                      |
|     |                        |     C. Mark Humbert                          |
|     |                        |     Horace W. Green                          |
|     |                        | Attorneys for Plaintiff                      |
|     |                        | Thomas L. Anderson                           |
|     | DATED: June 8, 2010    | DIETRICH, GLASRUD, MALLEK & AUNE             |
|     |                        | By: /s/ Peter G. Fashing                     |
|     |                        |     Donald H. Glasrud                        |
|     |                        |     Peter G. Fashing                         |
|     |                        | Attorneys for Defendant                      |
|     |                        | Total Benefit Services, Inc.                 |

IT IS SO ORDERED.

Dated: **June 8, 2010**                     /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE