# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, et al.,<br><br>　　　　Defendants.<br>_____<br>STRAUSS NEIBAUER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS L. ANDERSON AND LYNN ANDERSON, et al.,<br><br>　　　　Defendants.<br>_____ | 1:09-cv-1446 OWW DLB<br><br>ORDER CONSOLIDATING CASES<br><br><br><br><br><br><br><br><br>1:10-CV-2195 OWW DLB |

　　Both of the above-entitled actions involve the same parties and are based on similar claims for the same pension plan benefits. Pursuant to the stipulation of the parties in open court on December 1, 2010 to consolidate the above actions for all purposes, including trial,

　　IT IS ORDERED that case number 1:10-cv-2195 OWW DLB is

1

**consolidated with case number 1:09-cv-1446 OWW DLB and the Clerk of Court is directed to administratively close case number 1:10-cv-2195. The parties are directed to file all future pleadings under the caption and case number 1:09-cv-1446 OWW DLB.**

IT IS SO ORDERED.

**Dated:   December 2, 2010**               /s/ **Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE