Douglas L. Neibauer
STRAUSS NEIBAUER
620 – 12th Street
Modesto, CA  95354
209-526-2211 Telephone
209-526-0244 Facsimile
dneibauer@neibauerlaw.com
pbowers@neibauerlaw.com
Attorneys for Defendants, STRAUSS NEIBAUER, et al.

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

## (FRESNO DIVISION)

| | |
|---|---|
| THOMAS L. ANDERSON, | Lead Case No.:  1:09-CV-01446-OWW-DLB |
| Plaintiff, | |
| vs. | ORDER ON STIPULATION RE NEW DATE FOR SUBMITTING ALL PARTIES' TRIAL DOCUMENTS |
| STRAUSS NEIBAUER & ANDERSON, APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an Individual and as a fiduciary of the Strauss, Neibauer and Anderson, APC Profit Sharing 401(K) Plan; STRAUS NEIBAUER, a professional corporation, a fiduciary/plan Sponsor of the Strauss Neibuaer & Anderson APC Profit Sharing 401(K) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation, a fiduciary of the Strauss, Neibauer & Anderson APC Profit Sharing 401(K) Plan, | TRIAL DATE    : 01/11/11 Now Trailing<br>TRIAL TIME    : 9:00 A.M.<br>COURTROOM : 3 on 7th Floor |
| Defendants. | |
| STRAUSS NEIBAUER, a law corporation, | |
| Plaintiffs, | |
| vs. | |
| THOMAS L. ANDERSON and LYNN ANDERSON, individually and As husband and wife, and DOES 1-25, Inclusive, | |
| Defendants. | |

1

*Anderson v. Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan, et al.*
*and Related Consolidated Actions*
(Lead Case No.: 09-CV-01446-OWW-DLB)
Stipulation and Order Setting New Date for All Trial Documents to Be Submitted to Court

# O R D E R

IT IS HEREBY ORDERED that the due date for the parties' submission of the date for submitting the parties' joint exhibits, plaintiff's exhibits, defendants' exhibits, the parties' List of Witnesses, the parties' List of Discovery Documents, and the parties' List of Exhibits to Renee Gamunitz to be moved from 4:00 P.M. on 01-07-11 to 4:00 P.M. on 01-14-11.

IT IS SO ORDERED.

Dated:   **January 5, 2011**                           **/s/ Oliver W. Wanger**
                                                                                     UNITED STATES DISTRICT JUDGE

-2-
*Anderson v. Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan, et al.*
*and Related Consolidated Actions*
(Lead Case No.: 09-CV-01446-OWW-DLB)
Stipulation a Setting New Date for All Trial Documents to Be Submitted to Court