**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO DIVISION)**

| | |
|---|---|
| THOMAS L. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an individual and as a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION, a fiduciary/plan sponsor of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation, a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan;<br><br>　　　　　Defendants.<br>_____<br>STRAUSS NEIBAUER, a Law Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS L. ANDERSON and LYNN ANDERSON, individually and as husband and wife, and DOES 1-25, inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. 1:09-CV-01446-OWW-DLB<br>(member case: 1:10-CV-02195)<br><br>**ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED IN CONSOLIDATED CASE NO. 1:10-CV-02195**<br><br>**Hearing Date:**　January 3, 2011<br>**Time:**　　　　　10:00 a.m.<br>**Ctrm:**　　　　　3<br><br>**Honorable Oliver W. Wanger**<br><br><br><br><br><br><br><br><br><br>Case No.: 10-CV-02195-OWW |

Defendants in consolidated action no. 1:10-CV-02195, Thomas L. Anderson and Lynn Anderson ("the Andersons") motion to dismiss the First Amended Complaint in that action was heard by the Honorable Oliver W. Wanger on January 3, 2011; C. Mark Humbert of Green & Humbert appeared for the Andersons, and Douglas L. Neibauer, Esq. appeared for the responding party and plaintiff therein, Strauss Neibauer.

The Court, after considering the Andersons' Motion and cited authority, exhibits, the record in the related cases, and plaintiff Strauss Neibauer's opposition to said Motion, and good cause appearing, and on the basis of the reasoning set forth in the Court's Memorandum Decision dated January 18, 2011 and filed in lead case 1:09-cv-1446,

**HEREBY ORDERS:**

1. Moving Parties' motion to dismiss is granted, as follows:

    a. Strauss Neibauer's first claim for relief is DISMISSED WITH PREJUDICE.

    b. Strauss Neibauer's second claim for relief is DISMISSED WITH PREJUDICE.

    c. Strauss Neibauer's third claim for relief is DISMISSED WITHOUT PREJUDICE.

    d. Strauss Neibauer's fourth claim for relief is DIMISSED WITHOUT PREJUDICE.

    e. Strauss Neibauer's fifth claim for relief is DISMISSED WITH PREJUDICE.

2. Judgment dismissing the entire First Amended Complaint filed in Action No.: 10-CV-02195-OWW shall be entered forthwith in accordance with the parties settlelment.

1 | IT IS SO ORDERED.

2 | Dated:   **February 4, 2011**                             **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE