C. Mark Humbert (SBN 111093)
Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127
Email:  markh@lifehealthlaw.com
        horaceg@lifehealthlaw.com

Attorneys for Plaintiff and Defendant
THOMAS L. ANDERSON and Defendant
LYNN ANDERSON

DOUGLAS L. NEIBAUER (SBN 44033)
STRAUSS NEIBAUER
620 – 12th Street
Modesto, California 95354
Telephone: (209) 526-1122
Facsimile: (209) 526-0244
Email: dneibauer@neibauerlaw.com
        pbowers@neibauerlaw.com

Attorneys for Defendants
STRAUSS NEIBAUER & ANDERSON
 APC PROFIT SHARING 401(K) PLAN,
 DOUGLAS L. NEIBAUER, and Defendant and Plaintiff
STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION
aka STRAUSS NEIBAUER, A LAW CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(FRESNO DIVISION)**

| | |
|---|---|
| THOMAS L. ANDERSON, | Case No. 09-cv-01446-OWW |
| Plaintiff, | **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT** |
| v. | |
| STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN; DOUGLAS L. NEIBAUER, as an individual and as a fiduciary of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION, a fiduciary/plan sponsor of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan; TOTAL BENEFIT SERVICES, INC., a California corporation,  a | |

| | |
|---|---|
| fiduciary of the Strauss Neibauer & Anderson APC APC Profit Sharing 401(k) Plan; | ) ) ) ) |
| Defendants. | ) ) ) |
| ──────────────────────────── | ) |
| STRAUSS NEIBAUER, a Law Corporation, | ) Case No.: 10-cv-02195-OWW ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THOMAS L. ANDERSON and LYNN ANDERSON, individually and as husband and wife, and DOES 1-25, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| ──────────────────────────── | ) |

This Stipulation and Order for Entry of Judgment ("Stipulation") is made and entered into by the following parties herein: THOMAS L. ANDERSON, LYNN ANDERSON, STRAUSS NEIBAUER & ANDERSON APC PROFIT SHARING 401(K) PLAN, DOUGLAS L. NEIBAUER, and STRAUSS NEIBAUER, A PROFESSIONAL CORPORATION aka STRAUSS NEIBAUER, A LAW CORPORATION. By and through their respective attorneys of record, and on their own behalves all of these Parties hereby stipulate:

1. That the above-captioned cases ("related cases") have been settled in full on the record at the judicial settlement conference held before Magistrate Judge Beck on January 5, 2011;

2. That the Parties have entered into a final settlement agreement resolving all of the federal law claims in the related cases;

3. That pursuant to the settlement of the related cases as reflected in the settlement on record and the executed settlement agreement, Defendants Douglas Neibauer , individually and as trustee of the Strauss Neibauer & Anderson APC Profit Sharing 401(k) Plan, and Strauss Neibauer, a Professional Corporation aka Strauss

1  Neibauer, a Law Corporation, hereby stipulate and agree that judgment for attorneys
2  fees and costs incurred by Thomas L. Anderson in prosecuting and defending the within
3  actions under ERISA (29 U.S. C. Sections 1001 et seq.), in the amount of $130,000.00
4  (one hundred thirty thousand dollars), shall be entered herein immediately against them;

5      4.    The parties hereto stipulate that Thomas L. Anderson shall delay
6  execution and/or recordation of such judgment until September 30, 2011, so long as
7  defendants named in paragraph 3 above pay to him the sum of $20,000.00 against that
8  judgment by April 7, 2011.  If defendants do not timely make such $20,000.00 payment,
9  Thomas L. Anderson shall be free to undertake any and all enforcement proceedings
10 with respect to the entire judgment as he deems appropriate, including execution or
11 recordation thereof.

13 DATED: February 4, 2011        GREEN & HUMBERT

15                                By: /s/ C. Mark Humbert_____
                                       C. Mark Humbert
                                       Horace W. Green

17                                Attorneys for Plaintiff and Defendant
                                  Thomas L. Anderson and Defendant
                                  Lynn Anderson

19 DATED: February 3, 2011        STRAUSS NEIBAUER

21                                By: /s/ Douglas L. Neibauer___
                                       Douglas L. Neibauer

22                                Attorneys for Defendants
                                  STRAUSS NEIBAUER & ANDERSON
                                   APC PROFIT SHARING 401(K) PLAN,
                                  DOUGLAS L. NEIBAUER, and Defendant
                                  and Plaintiff STRAUSS NEIBAUER, A
                                  PROFESSIONAL CORPORATION
                                  aka STRAUSS NEIBAUER, A LAW
                                  CORPORATION

**ORDER**

IT IS SO ORDERED.  Judgment is to be entered in conformance herewith; jurisdiction Is expressly reserved in this court to enforce the terms of the settlement.

IT IS SO ORDERED.

Dated:   **February 4, 2011**                     **/s/ Oliver W. Wanger**
                                                                                  UNITED STATES DISTRICT JUDGE